WILLIAM B. KELLER, Respondent, *v.* CHARLES D. HALSEY et al., Appellants.

*Keller* v. *Halsey*, 153 App. Div. 894, affirmed.
(Argued March 16, 1914; decided March 31, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

November 15, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover damages alleged to have been sustained by plaintiff through the alleged unauthorized sale by defendants of certain shares of stock carried by them for plaintiff upon margin.

*William M. K. Olcott* and *T. B. Chancellor* for appellants.

*Otto Horwitz, Walter J. Rosenstein* and *Frederic Cyrus Leubuscher* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, MILLER and CARDOZO, JJ.